FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2004 OCT 20  A 10: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| McIntyre v. United States, *et al.*, | Civil Action No. 01-10408-RCL |
| Barrett v. United States, *et al.*, | Civil Action No. 03-10601-RCL |
| Callahan v. United States, *et al.*, | Civil Action No. 02-12372-RCL |
| Castucci v. United States, *et al.*, | Civil Action No. 02-11312-RCL |
| Davis v. United States, *et al.*, | Civil Action No. 02-11911-RCL |
| Donahue v. United States, *et al.*, | Civil Action No. 01-10433-RCL |
| Halloran v. United States, *et al.*, | Civil Action No. 01-11346-RCL |
| Hussey v. United States, *et al.* | Civil Action No. 03-10087-RCL |
| Litif v. United States, *et al.*, | Civil Action No. 02-11791-RCL |

## ACKNOWLEDGMENT OF PROTECTIVE ORDER

I, Lawrence Eiser, attorney of record for defendant United States of America in the above-captioned cases, hereby acknowledge, under penalty of perjury, that I have read the Stipulated Protective Order Governing Disclosure of Confidential and Private Information entered by this Court on January 16, 2003. I am familiar with the specific terms of the Order and agree to be bound by its terms. I further understand that we are subject to the contempt powers of this Court for violation of the Order.

                                        /s/ Lawrence Eiser
                                  Lawrence Eiser
                                  Trial Attorney
                                  Civil Division, Torts Branch
                                  U.S. Department of Justice
                                  P.O. Box 888, Benjamin Franklin Station
                                  Washington, D.C. 20044
                                  (202) 616-4400  (202) 616-5200 (FAX)

                                  Attorneys for the United States of America

## CERTIFICATE OF SERVICE
## FOR CONSOLIDATED CASES

I hereby certify that on October 19, 2004, I caused to be served a true copy of the United States' Acknowledgment of Protective Order by electronic filing and by U.S. mail on all counsel of record.

Stephen Neyman, Esquire
James P. Duggan, Esquire
160 State Street, 8th Floor
Boston, MA  02109-2502
*Attorneys for Plaintiffs, The Estate of John B. Callahan*

James P. McDonald, Esquire
Michael Laurano, Esquire
15 Court Square
Suite 360
Boston, MA  02108
*Attorneys for Plaintiffs, The Estate of Richard J. Castucci*

Robert S. Sinsheimer, Esquire
Susan E. Sivacek, Esquire
Sinsheimer and Associates
4 Longfellow Place, Suite 3501-06
Boston, MA  02114
*Attorneys for Plaintiffs, The Estate of Debra Davis*

Edward T. Hinchey, Esquire
Sloane & Walsh
Three Center Plaza
Boston, MA  02108
*Attorney for Plaintiffs, The Estate of Michael T. Donahue*

Robert A. George, Sr., Esquire
Robert A. George & Associates, P.C.
138 Newburg Street
Suite Three
Boston, MA  02116
*Attorney for Plaintiffs, The Estate of Michael T. Donahue*

William E. Christie, Esquire
Steven M. Gordon, Esquire
Shaheen & Gordon, P.A.
107 Storrs Street
P.O. Box 2703
Concord, NH  03302-2703
*Attorneys for Plaintiffs,
The Estate of Edward Brian Halloran and
The Estate of John McIntyre*

Albert F. Cullen, Jr., Esquire
Cullen & Cullen
30 Massachusetts Ave.
North Andover, MA  01845
*Attorney for Plaintiffs,
The Estate of Edward Brian Halloran*

Ann M. Donovan, Esquire
1087 Beacon Street, Suite 204
Newton, MA  02459
*Attorney for Plaintiffs, The Estate of Deborah Hussey*

Edward E. Berkin, Esquire
50 Congress Street – Suite 936
Boston, MA  02109-4008
*Attorney for Plaintiffs, The Estate of Louis Litif*

Edward M. Reilly, Esquire
Post Office Box 2144
500 Washington Street
Abington, MA  02351
*Attorney for Plaintiffs, The Estate of Louis Litif*

Jeffrey A. Denner, Esquire
Denner & Sayeg, LLP
4 Longfellow Place, Suite 3501

Boston, MA 02114
*Attorney for Plaintiffs, The Estate of John McIntyre*

George L. Garfinkle, Esquire
Attorney at Law
99 Pond Avenue, Suite 621
Brookline, MA 02445
*Attorney for Plaintiffs, The Estate of John McIntyre*

Brian P. Fitzsimmons, Esquire
Hanley, Hassett & Fitzsimmons, LLC
500 Granite Avenue
Milton, MA 02186
*Attorney for Defendant James Ahearn*

E. Peter Mullane, Esquire
Mullane, Michel & McInnes
132 Mount Auburn Street
Cambridge, MA 02138-5736
*Attorney for Defendant John J. Connolly, Jr.*

Edward J. Lonergan, Esquire
101 Merrimac Street
Suite 800
Boston, MA 02114-9601
*Attorney for Defendant John J. Connolly, Jr.*

Michael K. Fee, Esquire
Ropes & Gray, LLP
One International Place
Boston, MA 02110-2624
*Attorney for Defendants Dennis F. Creedon and Richard F. Bates*

Peter E. Gelhaar, Esquire
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
*Attorney for Defendant Thomas J. Daly*

William A. Brown, Esquire
31 Milk Street
Room 501
Boston, MA 02109

*Attorney for Defendant Robert Fitzpatrick*

A. Douglas Matthews, Esquire
25 Norwood Street, #300
Fall River, MA 02723
*Attorney for Defendant Robert Fitzpatrick*

Christine M. Roach, Esquire
Roach & Carpenter, P.C.
8th Floor
24 School Street
Boston, MA 02108
*Attorney for Defendant James Greenleaf*

Douglas I. Louison, Esquire
Stephen C. Pfaff, Esquire
James W. Simpson, Jr., Esquire
Merrick, Louison & Costello
67 Batterymarch Street
Third Floor
Boston, MA 02110
*Attorneys for Defendant Roderick Kennedy*

E. Peter Parker, Esquire
One Commercial Wharf North
Boston, MA 02110
*Attorney for Defendant Paul Rico*

Alan D. Rose, Senior, Esquire
Alan D. Rose, Junior, Esquire
Richard E. Bowman, Esquire
Rose & Associates
29 Commonwealth Ave.
Boston, MA 02116
*Attorneys for Defendant James A. Ring*

Paul J. Griffin
487 Adams Street
Milton, MA 02186
*Attorneys for Plaintiffs, The Estate of Debra Davis*

Tory A. Weigand, Esquire
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA 02210

*Attorney for Defendant Lawrence Sarhatt*

Mr. John Morris
4270 Armadillo Trail
Niceville, FL 32578
*Pro Se Defendant*

Joseph K. Yablonsky
306 Pueblo Place
Lady Lake, FL 32159
*Pro Se Defendant*

320 First Street, N.W., Room 524
Washington, D.C. 20534
*Pro Se Defendant*

Mr. Stephen J. Flemmi
Reg. No. 02183-748
Federal Bureau of Prisons
In-Mate Monitoring Section
320 First Street, N.W., Room 524
Washington, D.C. 20534
*Pro Se Defendant*

Mr. John V. Martorano
Reg. No. 40343-004
Federal Bureau of Prisons
In-Mate Monitoring Section
320 First Street, N.W., Room 524
Washington, D.C. 20534
*Pro Se Defendant*

\_\_\_/s/ Lawrence Eiser_____
Lawrence Eiser

Mr. Kevin Weeks
Reg. No. 22872-038
Federal Bureau of Prisons
In-Mate Monitoring Section